■ In the Matter of FORECLOSURE OF TAX LIENS BY PROCEEDING IN REM PURSUANT TO ARTICLE 11 OF THE REAL PROPERTY TAX LAW BY COUNTY OF GENESEE, Appellant. JENNIFER BOBZIN, Respondent. [9 NYS3d 898]—Appeal from an order of the Supreme Court, Genesee County (Robert C. Noonan, A.J.), entered April 17, 2014 in a proceeding pursuant to RPTL article 11. The order, among other things, granted respondent's motion to vacate a judgment of foreclosure.

Now, upon reading and filing the stipulation to withdraw appeal signed by the attorneys for the parties on May 18, 2015,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Carni, Sconiers, Valentino and Whalen, JJ.

■ DAVID G. HARRIS, Appellant, v SYRACUSE UNIVERSITY et al., Respondents. (Appeal No. 1.) [9 NYS3d 902]—Appeal from an order and judgment (one paper) of the Supreme Court, Onondaga County (Brian F. DeJoseph, J.), entered January 2, 2014. The order and judgment granted the motion of defendants to dismiss the complaint.

It is hereby ordered that the order and judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Carni, Sconiers, Valentino and Whalen, JJ.

■ DAVID G. HARRIS, Appellant, v SYRACUSE UNIVERSITY et al., Respondents. (Appeal No. 2.) [9 NYS3d 902]—Appeal from an order of the Supreme Court, Onondaga County (Brian F. DeJoseph, J.), entered April 3, 2014. The order, among other things, denied the motion of plaintiff for a stay of judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Carni, Sconiers, Valentino and Whalen, JJ.